UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

KEVIN ANTHONY LEDET                                    CIVIL ACTION

VERSUS                                                 NO. 15-4651

CAROLYN W. COLVIN, ACTING                              SECTION: R(2)
COMMISSIONER OF SOCIAL
SECURITY

## ORDER AND REASONS

Having reviewed *de novo* the complaint,[1] defendant's answer,[2] the parties' memoranda,[3] the applicable law, and the Magistrate Judge's unopposed Report and Recommendation (R&R),[4] the Court approves the Magistrate Judge's R&R and adopts it as its opinion.

New Orleans, Louisiana, this __31st__ day of May, 2016

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE

---

[1]   R. Doc. 1.

[2]   R. Doc. 9.

[3]   R. Doc. 12; R. Doc. 13.

[4]   R. Doc. 14.